FILED
DEC 10 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RICKY SISNEROS, | Case No. CV 12-5412-PA (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| M.D. BITER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: December 10, 2012

Percy Anderson
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 11 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY